# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 28, 2014

147868

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

HEIDI LEANNE LEWIS,
        Defendant-Appellant.

SC: 147868
COA: 310949
Bay CC: 11-010098-FH

_____/

      On order of the Court, the application for leave to appeal the August 27, 2013, judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 28, 2014



Clerk

h0224